**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUSAM THAHER, | NO. CV 10-9419-JST(E) |
| Petitioner, | |
| v. | JUDGMENT |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 28, 2011.

                                                   **JOSEPHINE STATON TUCKER**
                                                   JOSEPHINE STATON TUCKER
                                               UNITED STATES DISTRICT JUDGE